UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

JOHN CIURCINA,

                Plaintiff          STIPULATION

   -against-                      1:19-CV-674 (JMA)

NICK HAROS and ORLAND OIL AND GAS, LLC

                Defendants.
----------------------------------------x

    It is hereby stipulated between the undersigned attorneys for the parties herein as follows:

    1. Defendants, upon the so ordering of this stipulation, shall execute a waiver of service. Defendants' time to answer or otherwise move shall be on or before 60 days from the execution of the waiver.

    2. John Ciurcina, as defendant, in the pending action, ORLAND OIL AND GAS, LLC and NICHOLAS HAROS V. JOHN CIURCINA, 1:19-CV-00014-C (USDC, Northern Dist. Texas), waives any objection to the adequacy of service.

    3. Should any extension of the time to answer or otherwise move be granted in the Texas action (whether by agreement or court order), the time for defendants' in this action to answer or otherwise move shall be extended by the same amount of time.

    4. This stipulation shall not be deemed a waiver of any objection to venue, forum, jurisdiction or any other issues in this action.

Dated:  New York, New York

Pastore & Dailey LLC

_____
By: Joseph M. Pastore III, Esq. (EDNY 1717)
Attorneys for Plaintiff
1350 Avenue of the Americas, 2nd Floor
New York, NY   10019
646.665.2202
JPastore@psdlaw.net

RICHARD L. HERZFELD, P.C.

By: RICHARD L. HERZFELD (RLH0642)
Attorneys for Defendants
112 Madison Avenue
8th Floor
New York, N.Y.  10016
(212) 818-9019
rherzfeld@herzfeldlaw.com

SO ORDERED:

_____
Hon. Joan M. Azrack