

# Pastore & Dailey LLC
### Attorneys At Law

Connecticut • New York • Massachusetts • Florida

*Joseph M. Pastore III*
*203.658.8455 CT*
*646.665.2202 NY*
*jpastore@psdlaw.net*

September 17, 2019

**VIA ECF**
Hon. Joan M. Azrack
United States District Court Judge
U.S. District Court
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: **Ciurcina v. Haros et al. (2:19-cv-00674-JMA-ARL)**

Dear Judge Azrack:

As you know, our firm represents John Ciurcina ("Mr. Ciurcina") in his claims against Nick Haros and Orland Oil & Gas, LLC (collectively "Defendants") in the above-referenced matter. On September 3, 2019, the Court requested that the parties select a mediator in this action and report back to the Court by September 17, 2019. We write to inform the Court that the parties have agreed to Mr. Stephen P. Younger from the Eastern District of New York mediator list. The parties are currently selecting dates that work for Mr. Younger to host the mediation. Thank you.

Respectfully submitted,

Joseph M. Pastore III

cc: Richard L. Herzfeld, Esq.
    Melissa Rose McClammy, Esq.